**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6917**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

DWAYNE H. JENKINS, a/k/a Do-Wap,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CR-93-81)

———————————

Submitted:  September 24, 2002      Decided:  October 8, 2002

———————————

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dwayne H. Jenkins, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dwayne H. Jenkins seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Jenkins has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>United States v. Jenkins</u>, No. CR-93-81 (E.D. Va. Apr. 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>